AARON D. LOVAAS (State Bar No. 5701)
aaron@lovaas-lehtinen.com
KRISTAN E. LEHTINEN (State Bar No. 8155)
kristan@globalbusinesslawyersusa.com
LOVAAS & LEHTINEN, P.C.
6128 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone:  (702) 388-1011
Facsimile:   (702) 387-1011

BENJAMIN F. EASTERLIN IV *(pro hac vice* pending*)*
beasterlin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5100

Attorneys for Plaintiffs
MARY ANN BLANCO, ET AL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **MARY ANN BLANCO, ET AL,**<br><br>               **Plaintiffs,**<br><br>     **vs.**<br><br>**TRUMP RUFFIN TOWER I, LLC**<br><br>               **Defendant.** | **CIVIL ACTION NO.**<br><br><br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, Plaintiffs hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned, counsel of record for Plaintiffs, certifies that no publicly held corporation owns 10% or more of the stock of Plaintiff River Oaks Properties, Ltd.

(2) The undersigned, counsel of record for Plaintiffs, further certifies that the following have an interest in the outcome of this case:  None, other than the following:  Mary Ann A. Blanco et al, Plaintiffs; Trump Ruffin Tower I LLC, Defendant; King & Spalding LLP, counsel for Plaintiffs; and Mark R. Obenstine, counsel for Plaintiffs.  For the Court's ease of reference, Plaintiffs are individually listed on Exhibit A.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Respectfully submitted this 28th day of January, 2011.

By: <u>s/ Ben F. Easterlin IV</u>_____
    Ben F. Easterlin IV
    KING & SPALDING LLP

    Aaron D. Lovaas
    Kristan E. Lehtinen
    LOVAAS & LEHTINEN, P.C.

    Attorneys for Plaintiffs
    Mary Ann Blanco, et al

*Counsel for Plaintiffs*

# EXHIBIT A

| | | |
|---|---|---|
| Jenny Fernandez | Joo Ho Rim | Edilberto Labuguen |
| Linda Valenzula | | Sybil Labuguen |
| | Vinod Garg | |
| Emelinda Gregorio | Nalinia Garg | Rafeal Alcalen |
| Aquilino Gregorio | | Annafe Alcalen |
| | William Nesbitt | Lucia Dario |
| Mary Ann Blanco | Sandra Nesbitt | |
| Aileen Abad | | Robert J. McElligott, Jr. |
| | Chon Yi | |
| James Hoffman | | Constance Koplow |
| Kathleen Hoffman | Anthony Massaro | Donella Higdon |
| | Patrick Fleming | Karen Morris |
| Richard L. Valdez | Daniel Fleming | |
| Jarnne Valdez | Christopher Fleming | N. Ilog |
| | | Marina Miranda |
| Robert Fajilan | Dante Velasquez | Marilou Timaliuan |
| Reynaldo Dacanay | Nestor Velasquez | |
| Yvonne Dacanay | Venus Velasquez | Roel de los Santos |
| | Jacinta Velaszquez | Jennifer de los Santos |
| Elias Ongpoy | | |
| Fides Ongpoy | Tim LeMaitre | Gail Sachanko |
| Jose Rene Francisco | Paul G. Carstairs | William Sachanko |
| Amabel Francisco | | |
| | Rick Tschetter | John Manalo |
| Phat Nguyen | Gloria Tschetter | Celestina Manalo |
| | | Ernesto Emulsan |
| Trevor Sahadatalli | LVT9 Investment, LLC | |
| | (Neftali Macaspac) | Adam Gebbia |
| Ulises Ciococca | | Stephen Virgilio |
| Carlos Ciocca | Mortie Charles Smith | Gina Gebbia |
| | | Milana Virgilio |
| Catherine Lacy | Willy J. Salet | |
| | | Gary Lee |
| Chantal Ribereau, Trustee | Frank Yavrom | Jack Wang |
| Chantal Ribereau Trust | | Gordon Pang |
| | Ehab Abuhamoud | |
| Horace Kim | | Vinod Garg |
| Kenneth Ko | Three P's, LLC | Nalinia Garg |
| | Marla Gomes | |
| Donna Billiter | Joseph Skaggs | Abelardo S. Agbuya |
| | | Marilyn Agubya |
| Khuzeima Gulamhussein | | |

Eugene D'Andrea
Elizabeth D'Andrea

Gloria Ty
Judita Gomez

John Winfrey
Marcie Winfrey

Octave Mulder
Shirley Mulder

Ana Barone
Domenico Barone

Ing Lin

HermAnne, LLC
(David A. Kekich)

Jin Kim
Min Jeon Chang
Jenny Lee
Sung Jun Lim
Young Sheen

Carol Danbrook
Nancy Zeller

Joo Ho Rim
John Kim

Ted Hua

Florentino Malasan

LV Real Estate, LLC
(Patty Artist)

Josefa Vista Cudal

TLV 2327, LLC
(Kathleen Fitzgerald)

BJ Johnson
Veronica Fimby
Henry Vasquez

TLV 2425, LLC
(Kathleen Fitzgerald
Kelly Ann Burke)

Abril Cabreros

John Lawrence
Kutrina Lawrence

Youngsook Lee

Robert Grant
Luck Grant
Ambrocia Acorda
Thien Huong Nguyen

Laura S. Magana de Colin
Jose L. Colin Sotres

Astra Michels

Chestor Lyons

Viktor Neyman
Olena Neyman

Lesya Neyman
Slava Gendel

Tu Ann Wilk
Dennis Wilk

Arlene Staley

Joaquin Vizcarra

Karin Mehrolz
John Mehrolz

Sean Torpis

Bernadette Carling
Marlon Carling
Constancio Wooden
Fauzia M. Osha
Eunice Wooden

Soon Ja Yun

JTF LV Investments, LLC
Steve Goldstein

JTF LV Investments, LLC
Steve Goldstein

John Galinato
Crisanta Galinato

Michael Flores
Michele Flores

Randy Rogahn

Kalani G. Jose

Angelita Lagpacan

Evelyn Enriquez

Leon Chen

Dennis Leung
(Leung Family Trust)

Paul Phan

David H. Shin
Chun R. Kim

Florita Tiller
Roy F. Tiller, Jr.

Yuklan Chan
Shiu Po Cheung

Alan Klatsky

2

JTF LV Investments, LLC
Steve Goldstein
Teran Marsell
Dave Hilfman

Cashflow, LLC

James Christopher Welborn

Billy Lulo
Mariza Lulo

Karl E. Reimer
Liberty Forteza

Susana Pumares
Diosdado Belen
Doreen Belen

Ayoub Khoshkbariie

Miguel C. Angeles

Michael C. Lee
James Lee

Oscar Moreno
C. Guillermo De Alba

Micahel Tollefson
Leonard Ross, Jr.

Nazarena B. Caple

Stephanie Hayashi

Vertex Investments, LLC
(Laura Kreiger)

Hungmin Chan
Chanthy Lim

John Lawrence
Kutrina Lawrence

Jackie Harper
Tonya Harper

Caroline Pham
Tri Minh Pham

John Haegen, III
Dorene Gargano-Haegen

David Bonvicin

Northstar Investments
Joseph Vu

John Bonk

Shirley Olaya
Christopher Olaya
Olivia Yabut
Emiliano Pescador
Virginia Alpuerto

Jesse Obania
Kathleen Obania
Andrea Obania
Jefferson Obania

Haroon Ahmed
Sikander Ahmed

Double M&M Enterprise, Inc.
(Zvonko Mustafic)

Martin Calimpusan
Susan Calimpusan

Mi Seon Jin

Felicidad S. Saldua
Reynaldo Saldua

David Bonvicin

Charmaine Maglicmot
Zerreniah Llado

Sangook Nam
Sue S. Nam

Valdez Family Trust
Ernesto Valdez, Trustee
Martha I. Valdez, Trustee
Ernesto Valdez, Jr., Trustee

Jiro Francisco
Merce Francisco

Ebrahim J. Jegarpz

Cheryl Oddo
Bobby Hulsey
Nicholas Job
Josefina Hulsey

Nelsie Mendoza
Ofelia Fernando

Gaetano Buonsante

Wendell Nishiki
Liz-Cheyenne Nishiki
Rebecca Lagmay
Flordelito Basuel
Adelina Basuel

Merly Tarrant
Andreo Bote

Rona Manglicmot
Leopoldo Manglicmot
Ronald Lim
Marissa Lim

Marilou Andrada
Edgar Andrada

Rick Tschetter
Gloria Tschetter
Joe Rosas

3

| | | |
|---|---|---|
| Magnum, LLC (Lucio Rodriguez) | Mohamad Samir Elkhayat | Arthur DeJoya Jacqueline DeJoya |
| Roger Agsalda Zenaida Domingo | TLV 3507, LLC (Kevin Burke) | Romeo Oca Fely R. Oca |
| Ruth Castulo | TLV 3508, LLC (Kevin Burke) | Elsa A. Yadao Danilo R. Yadao |
| Thomas Pascaran Nenita Pascaran | Ronnie Hernandez Andrew Boyden | Douglas Barch Martin Hogan |
| Elahe Nadali | Liza Yalung Johnny Yalung | Kevin Getsinger |
| Kathleen Russell Tyler Russell | P.D. Lal Veena Lal | TLV 3625, LLC (Edward Cleary David Godfrey) |
| Donna Curry | Edgar Ajel Ruby May Ajel | Virgie Vincent |
| Gail Sachanko William Sachanko | Douglas Barch Martin Hogan | Charlie Abayan Angela Abayan |
| Gail Sachanko William Sachanko | Kevin Getsinger | Adelaida Maderazo Manuel Madearzao |
| Sylvia Portay Nadine Portay | Ronnie W. Smith | James Neff |
| Robert Fajilan Salome Balecha Edwin Balecha | W. Estates, LLC (Todd Worz) | Gary Lee |
| RAK Trump, LLC Richard Israel | Jose Pascua Josefina Pascua | Jorge Colonia Lupe Diaz |
| RAK Trump, LLC Richard Israel | Jerry Diligiro | Aubrey Ancheta |
| Edilberto Balido Gigi Balido | Cesar Padilla | Laith Salem Robert Malkin Leonard Martin |
| Albert Rufino Vida Loya | Davis Loya Jenny Suh | Warlita Rivac Severino Rivac |
| Betty Acacio Williams Fay Marion | Renato Santos Carmen S. Santos | Sarvjeet K. Dhillon Gurpreet Singh Dhillon |
| | Jeff Burres | Nick Falcone |
| | Arthur DeJoya Jacqueline DeJoay | |

4

| | | |
|---|---|---|
| Minh Nguyen | Robert Bazak | Jose Chirino |
| JTF LV Investments<br>Steve Goldstein<br>Kathy Benson | Augusto S. Cruz<br>Maria Lourdes Cruz | Rodel Flora<br>Ricky Flora<br>Cristina Flora |
| Marie G. Mendoza<br>Jorge Mendoza | Sangook Nam<br>Sue S. Nam<br>Hae Young Choi<br>Wan H. Park | Ignacio Soria<br>Paul Ma |
| Jessie C. Ramos<br>Edna A. Ramos | Daniel Stevens<br>Barbara Stevens | Kathy Gonzales<br>Raymond Gonzales |
| Alex Song<br>Traci Doan | Mary Bigda<br>Mitchell Bigda | Moon Joo Lee<br>Ji Young Jeong |
| Cary Gandrup | Ladelle E. Diaz | Moon Joo Lee<br>Ji Young Jeong |
| Jane A. Urbi<br>Reesi Febre | Ladelle E. Diaz | Joe Morones |
| David Soto<br>Phoebe Soto<br>Bernadette Martinez<br>Manuel Martinez | Jason Yamaguchi<br><br>Sabrina Sivongxay<br>Phouvieng Sivongxay | Rosalba Camarillo<br><br>Albert L. Chan, Jr.<br>Marie Dacpano<br>Edgar Pascual |
| Capital Mangement Services<br>(Daniel Abadir) | Jeong Hua Kim<br>Taehwan Kim | Paterno Andaya<br>Raquel Garlit |
| Jose Chirino | Jorge Colonia<br>Juan Colonia | Evelyn Agustin<br>Myrna Elsen |
| Jose Chirino | Carol Dalag | Mariveth Petty |
| James Neff | Dialita Dace | Luniningning Mendiola |
| James Neff | Sam Barouki | Leonard Martin<br>Laith Salem |
| Oscar Moreno<br>C. Guillermo De Alba | Russell H. Lewis | Robert Malkin |
| Oscar Moreno<br>C. Guillermo De Alba | Benjamin Haruna | Soon Ji Kim<br>Samuel K. Kim |
| Dori Lopez | Don Wehrenburg<br>Carl Newman | Soon Ji Kim<br>Samuel K. Kim |
| Sandra Bazak | Grant Shetterly | |

5

Gill Mabuti
Reynante Ben
Melanie Corpuz

Milagrosa A. Navarro
Ruby Acasio
Sandra Sagisi Moser

Jimmy Felmoca

Erlinda Bernal

Benny J. Garza
Virginia Salvo
Raul Deyto
Noemi Dela Cruz-Deyto

Wilma Abayan

Konstantin Kupfer
Margarita Kupfer

Vilma C. Lodevico

Gary Farrar Chapter 7
Trustee for Bankruptcy
Estate of Gloria Salmon

Mi Ja Yang

Felix Soriano, Jr.
Zenaida D. Soriano

Grace Olaes

Cecilia S. Yadao
Elsa A. Yadao

John Gervais
Raquel Gervais

Eleno T. Dela Cruz
Nanie S. Dela Cruz

Wilfredo Domingo
Consolacion Domingo

Charles Kai Moon Chow
Luz Shuk Fong Yu Chow

Frank Munoz
Godfrey Tan-Torres
Tantor Investments

Phillis Emuka
Sam Emuka

Piotrowksi Family Trust
Andrew Piotrowski
Michelle Piotrowski

BBLV 4804, LLC
(Brian Burke)

Ronaldo Dela Vega

Hosne Ahsan
Mohammad Omar Sharif
Lisa Afroze

Hosne Ahsan
Mohammad Omar Sharif
Lisa Afroze

Severino J. Rivac
Warlita A. Rivac

Lydia R. Agulto

Francisco Rapada, Jr.

Bradley K. Davino
Douglas J. Gregory

Wilfredo T. Mirafuente, Jr.
Maria T. Garong
Mara K. Garong
Anita Mirafuente

David Neathery

David Neathery

James Lorenzo
Lilibeth Lorenzo

Trung Nguyen
Candyce Tran

Tomas Aro

Teresita D. Sulit

Santiago P. Santos
Virginia Z. Santos

Crispin T. Rivera
Norma C. Rivera

Carol Muszik

Jay Giacoma

Albert L. Chan, Jr.
Marie Dacpano
Edgar Pascual

Dean Michael Agmata
Deanna Marie Agmata

Francine McChesney

Francine McChesney

Erlina M. Arevalo

Richard Nelson
Sandra Nelson

Lawrence Yau

Carol Muszik

Michael Park
Wonmi Park

Gary Adamson

| | | |
|---|---|---|
| Romeo Cabanilla | Farshid Doostdar | Nestor Aganon |
| Ernesto Cabanilla | | Francisca Aganon |
| Felicidad Funtanilla | Daniel B. Thomas | |
| Emelda Pieterouiski | | Davoud Khoshkbariie |
| Lolita Andaya | Leinani J. Shak | |
| | | Emily Reyes |
| Armando Sarmento | James A. Ingle | Gina Lynn Johnson |
| Durvalino Sarmento | Rose A. Ingle | Pearl P. Mendoza |
| | | Marissa Mendoza |
| Jacinto Delacuadra | Albert D. Massi | Chrysel Dela Cruz |
| Nenita Delacuadra | Dale Akridge | |
| Reynaldo Crisostomo | John Babcock | Alfredo Sanedrin |
| Rosalia Crisostomo | | |
| | John English | Bernadette Sanedrin |
| Loina Dizon | Kanoa Biondolillo | |
| | David Biondolillo | Elizbeth T. Gregorio |
| Celsa Taraya | Bradley Ward | Reginald P. Gregorio |
| | Velinda Ward | |
| Naveen Dadlani | | River Oaks Properties, Ltd. |
| | Shaila Mantri | (Gerald Rubin) |
| Igor Nikolaev | Subhash Mantri | |
| | | River Oaks Properties, Ltd. |
| Gloria Labrador | Roberto Lorenzo | (Gerald Rubin) |
| Cynthia Aranza | Adelaida Lorenzo | |
| Linda Watanabe | | Melissa Hirsh |
| Joyce Tsunoda | Marilou B. Brandes | Ken Hirsh |
| | Eddie G. Brandes | |
| Thomas Clarke | | Derrick Sarmiento |
| | Ido Izkovich | Bella Sarmiento |
| Thomas Clarke | | |
| | Durvalino Sarmento | John P. Mendoza |
| Jose Jiminez | | Nelsie Mendoza |
| Maria Jiminez | Purita Cacatian | |
| | Salvador Cacatian | Scott A. Magee |
| Fermin V. Pascua | | Aaron Barnett |
| Ligaya G. Pascua | Helen Rivera-Flores | |
| | Ronald Santos | Oscar G. Dela Cruz |
| Frankie Bangal | | Josefina C. Dela Cruz |
| Cristy Bangal | Clifford Ohiomu | |
| | | Jeffrey C. Nelson |
| Jim Kwon | Veronica Fimby | Michelle Brown Bohrer |
| | | |
| Trump Tower 5227 LLC | Eric B. Weitz | Gilles Moua |
| (Thomas Kudirka) | | |
| | Kenneth Roth | Trump Tower 5714 LLC |
| Roberto Pena | | (Thomas Kudirka) |

7

| | | |
|---|---|---|
| Trump Tower 5715 LLC (Thomas Kudirka) | Kala Nui Loa LLC Keoni Agard | Maria Paz A. Villegas Gil Villegas Belma Aspiras |
| Romeo G. Castillejos Virginia T. Castillejos Richard Castillejos Eileen Castillejos | Desiree Aspiras Keicher Ricardo Aspiras Godofredo Arboleda Felipe Gabriel | Albert D. Massi Dale Akridge John Babcock |
| Roberto M. Miraflor Florante Cristobal Eddie Magdamo Eduardo Custodio | Elizabeth Doctolero Peter C. Paragas | Oscar De Alba Ana De Alba Robert LeBorne |
| Bright LLC | Jorge B. Ibarra Rudy V. Aspiras Benjamin David Antonio F. Talucad | Leonidas Mendoza Maria Rocio Adamson |
| Bigepama LLC (Maureen Collins) | Nai Saetern Yhaochuw Tung | Brian Safier Sarah Safier |
| Konstantin Kupfer Margarita Kupfer | Jeffrey Young | James P. Selden Carrie A. Selden |
| Abelardo B. Licaros Nenita R. Licaros | Cesar L. Tejero Felora D. Tejero | Aliza Elazar-Higuchi |
| Antonio Arcenas, Jr. Cynthia Arcenas | | James D. Iorio |

8

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this case.

This 28th day of January 2011.

                                                s/ Aaron D. Lovaas
                                                Aaron D. Lovaas
                                                Nevada Bar No. 5701