FILED

NOV 30 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARY ANN BLANCO,

        Plaintiff - Appellant,

 v.

TRUMP RUFFIN TOWER I, LLC,

        Defendant - Appellee.

No. 11-17221

D.C. No. 2:11-cv-00153-GMN
District of Nevada,
Las Vegas

ORDER

    Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

Pursuant to appellant's motion, appellant agrees to bear any costs incurred by

appellee on appeal.

    This order served on the district court shall act as and for the mandate of this

court.

                        FOR THE COURT

                        By: Margaret A. Corrigan
                        Circuit Mediator

MAC/Mediation_11/29/11